IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTOINE DANIELLE
PEARSON,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1799

Opinion filed June 8, 2016.

Petition for Habeas Corpus -- Original Jurisdiction.

William Mallory Kent of The Law Office of William Mallory Kent, Jacksonville, for
Petitioner.

Pamela Jo Bondi, Attorney General, Tayo Popoola and Thomas H. Duffy, Assistant
Attorneys General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of habeas corpus is denied.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.